## FISHER v. HUGHES.

[No. 13,926. Filed March 12, 1930.]

*Silverburg, Bracken & Gray* and *Earl G. DeFur,* for appellant.
*Bagot, Free & Bagot* and *James H. Edwards,* for appellee.

REMY, C. J.—Affirmed, on authority of *Buckley* v. *Inland Steel Co.* (1921), 75 Ind. App. 84, 129 N. E. 860.

## KENT v. SPEAKMAN.

[No. 13,872. Filed March 14, 1930.]

*Martin J. Givan* and *Clinton H. Givan,* for appellant.
*Estal G. Bielby,* for appellee.

PER CURIAM.—Affirmed.

## CLYNE ET AL. v. MILLER ET AL.

[No. 13,956. Filed March 14, 1930.]

*James W. Noel, Hubert Hickam, Alan W. Boyd* and *Robert D. Armstrong,* for appellants.
*Walter W. Spencer,* for appellee.

REMY, C. J.—Affirmed, on authority of *Buckley* v. *Inland Steel Co.* (1921), 75 Ind. App. 84, 129 N. E. 860.